# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILARY KOPROWSKI | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY, | : | 10-3936 |
| Defendant. | : | |

## O R D E R

**AND NOW**, this **8th** day of **October**, **2010**, upon consideration of Plaintiff's Renewed Motion for a Preliminary Injunction, Defendant's response thereto, following a preliminary injunction hearing on September 27, 2010, and for the reasons stated in the Court's Memorandum dated October 8, 2010, it is hereby **ORDERED** that Plaintiff's Motion (Document No. 8) for a preliminary injunction is **DENIED**.

BY THE COURT:

**Berle M. Schiller, J.**